UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ERIC J. HOLDEN, SR.,                        CIVIL ACTION NO. 5:22-cv-6260
                                            SEC P

VERSUS                                      JUDGE TERRY A. DOUGHTY

E. DUSTIN BICKHAM                           MAG. JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 5] previously filed herein, and having thoroughly reviewed the record, including the written Objection [Doc. No. 8] filed by Plaintiff Eric J. Holden, Sr., and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [Doc. No. 1] is **DENIED** and **DISMISSED WITH PREJUDICE**, because Plaintiff's Petition was untimely.

**THUS, DONE AND SIGNED** in Chambers on this 21st day of April, 2023.

Terry A. Doughty
United States District Judge